RECEIVED

DEC - 1 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IRMA DURAL | * | CIVIL NO. 6:16-0981 |
| VERSUS | * | JUDGE DOHERTY |
| USA, ET AL | * | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Motion to Dismiss filed by the United States of America [rec. doc. 3] is **GRANTED**, and that the claims filed by plaintiff against Dr. Candace Collins and Dr. Andrew Salem are **DISMISSED WITHOUT PREJUDICE**.

Lafayette, Louisiana, this 1st day of December, 2016.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE